**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00131-CR**
_____

**IN RE JEREMY LEE CONLIN**

_____

**Original Proceeding**
**9th District Court of Montgomery County, Texas**
**Trial Cause No. 04-10-08389-CR**
_____

**MEMORANDUM OPINION**

On March 30, 2026, we received a petition for a writ of mandamus from Jeremy Lee Conlin. Upon receiving the petition, the Clerk of the Court notified the parties of specific procedural deficiencies in the mandamus petition and directed Conlin to file a compliant petition by April 14, 2026. As of today, Conlin has not complied with the notice issued by the appellate clerk. Accordingly, we dismiss the petition for want of prosecution without ruling on the merits of Relator's petition and without prejudice to Relator's filing a new original proceeding that complies

1

with the Texas Rules of Appellate Procedure. *See generally* Tex. R. App. P. 9.4, 9.5, 52.3.

PETITION DISMISSED.

PER CURIAM

Submitted on May 26, 2026
Opinion Delivered May 27, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2